UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
XIAO MENG XU,

              Plaintiff,

-against-

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
---------------------------------------------------------------X

JUDGMENT
04-CV- 3927 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 13 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on March 7, 2006, granting the Commissioner's motion for judgment on the pleadings; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the Commissioner's motion for judgment on the pleadings is granted.

Dated: Brooklyn, New York
       March 09, 2006

                                                           s/Robert C. Heinemann
                                                           ROBERT C. HEINEMANN
                                                           Clerk of Court